**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Avrio Genetics, LLC, | : | Involuntary Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 23-10097 (PMM) |

# ORDER FOR RELIEF

**AND NOW**, **WHEREAS**:

A. An involuntary petition was filed against the above-named Debtor on January 13, 2023,

B. The Clerk issued a summons pursuant to Fed. R. Bankr. P. 1010 on January 17, 2023,

C. The summons provided that any response to the petition be filed with 21 days after service of the summons;

D. The Petitioner has certified that service of the petition and summons was effected in accordance with Fed. R. Bankr. P. 1010 and 7004 on January 18, 2023;

E. The petition has **NOT** been timely controverted, see 11 U.S.C. §303(h),

**THEREFORE,** pursuant to 11 U.S.C. §303(h) an **ORDER FOR RELIEF** is **ENTERED** under chapter 7 of the Bankruptcy Code.

Date: February 9, 2023

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**