**Fill in this information to identify the case:**

Debtor name: Avrro Genetics

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number (If known): 23-10097


FILED
FEB 28 2023
TIMOTHY McGRATH, CLERK
by SR                DEP CLERK

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to | Filing date | ☒ Operating a business ☐ Other _____ | $ 0 |
| For prior year: | From 01/01/2022 to | 12/31/2022 | ☒ Operating a business ☐ Other _____ | $ 2,665,190.43 |
| For the year before that: | From 01/01/2021 to | 12/31/2021 | ☒ Operating a business ☐ Other _____ | $ 6,194,184 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ to | Filing date | _____ | $ _____ |
| For prior year: | From _____ to | _____ | _____ | $ _____ |
| For the year before that: | From _____ to | _____ | _____ | $ _____ |

Debtor __Avrio Genetics__    Case number (if known) __23-10097__

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. Creditor's name / Street / City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Creditor's name / Street / City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Insider's name / Street / City State ZIP Code<br>**Relationship to debtor** | | $ | |
| 4.2. Insider's name / Street / City State ZIP Code<br>**Relationship to debtor** | | $ | |

Debtor __Avrio Genetics__   Case number (if known) __23-10097__

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $ |
| 5.2. | | | $ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |

Last 4 digits of account number: XXXX– _ _ _ _

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

**7.1.**
Case title: **Sunline Office v Procreative LLC dba Avrio**
Case number: **2022-N-0866**
Nature of case: **Judgement/Lien**
Court or agency's name and address: **Court of Common Pleas**, **455 Hamilton St**, **Allentown PA 18101**
Status of case: ☒ Pending ☐ On appeal ☐ Concluded

**7.2.**
Case title:
Case number:
Court or agency's name and address:
Status of case: ☐ Pending ☐ On appeal ☐ Concluded

Official Form 207 — Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy — page 3

Debtor __Avcrio Genetics__    Case number (if known) __23-10097__

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| Street | Case title | Court name and address |
| City  State  ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City  State  ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| Street | | | |
| City  State  ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City  State  ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $ |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 4

Debtor __Avrio Genetics__    Case number (if known) __23-10097__

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1. _____

Address

_____
Street

_____
City    State    ZIP Code

Email or website address
_____

Who made the payment, if not debtor?
_____

$_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2. _____

Address

_____
Street

_____
City    State    ZIP Code

Email or website address
_____

Who made the payment, if not debtor?
_____

$_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

_____

Trustee
_____

$_____

Debtor __Avrio Genetics__    Case number (if known) __23-10097__

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | Address | | | |
| | Street | | | |
| | City  State  ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.2. | Who received transfer? | | | $ |
| | Address | | | |
| | Street | | | |
| | City  State  ZIP Code | | | |
| | Relationship to debtor | | | |

### Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 5012 McIntyre Cir, Austin, TX | From 6/20/20 To ____ |
| 14.2. | 244 5th Ave, Suite 1278, New York, NY 10001 | From 1/1/20 To 6/20/20 |

Debtor __Avrio Genetics__    Case number (if known) __23-10097__

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. <br> Facility name <br><br> Street <br><br> City    State    ZIP Code | <br><br> Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | <br><br> How are records kept? <br><br> Check all that apply: <br> ☐ Electronically <br> ☐ Paper |
| 15.2. <br> Facility name <br><br> Street <br><br> City    State    ZIP Code | <br><br> Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | <br><br> How are records kept? <br><br> Check all that apply: <br> ☐ Electronically <br> ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained. __Phone numbers and email addresses__

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:
   Name of plan                                                                 Employer identification number of the plan
   _____    EIN: __ __ - __ __ __ __ __ __ __

   Has the plan been terminated?
   ☐ No
   ☐ Yes

Debtor __Avrio Genetics__   Case number (if known) __23-10097__

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Wells Fargo, PO Box 6995, Portland OR 97228 | xxxx-1219 | ☒ Checking | June 2022 | $ 0 |
| 18.2 | Key Bank, PO Box 93885, Cleveland OH 44101 | xxxx-2032 | ☒ Checking | December 2022 | $ 0 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Hypercar, 19100 W Catawba St, Cornelius NC 28031 | Duke Zuckowsky, Scott Popov  Address: Same | Lancets (diabetic) | ☐ No ☒ Yes |

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 8

Avrio Genetics LLC                    Case: 23-10097

## Supplement to Official Form 207

Part 10, Section 20: Off Premises Storage

| | | |
|---|---|---|
| Merrow Manufacturing<br>502 Bedford St<br>Falls River MA 02720 | Charlie Merrow | iHealth COVID Tests |

Still in possession but not able to sell due to expiry. Consigned to Merrow, not meant as a settlement

Debtor  Avrio Genetics                                         Case number (if known) 23-10097

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ |

### Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 9

Debtor __Avrio Genetics__    Case number (if known) __23-10097__

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City / State / ZIP Code | Name / Street / City / State / ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

**25.1**
Business name and address: Bio Testing Supplies, 5012 McIntyre Cr, Austin TX 78734
Describe the nature of the business: Pandemic Division of Avrio Genetics
EIN: 84-2830857
Dates business existed: From 6/20/20 To Present

**25.2**
Business name and address: IXI Wellness, 10303 NW Freeway Ste 263, Houston TX 77092
Describe the nature of the business: CLIA Laboratory for COVID Testing
EIN: __-Unknown
Dates business existed: From 9/2020 To Present

**25.3**
Business name and address: BioSecure 360, 5012 McIntyre Cir, Austin TX 78734
Describe the nature of the business: Company created by James D Strader to sell long haul COVID Testing
EIN: __-unknown
Dates business existed: From 3/2021 To Present

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 10

Avrio Genetics LLC                     Case: 23-10097

**Supplement to Official Form 207**

Part 13, Section 25: Details About the Debtor's Business or Connections to Any Business

25.4 Shot Free Allergy        Licenses Avrio's Patents; 50% owned by James David Strader
                                              EIN Unknown
                                              Existence March 2019 – Present

Debtor __Avrio Genetics__    Case number (if known) __23-10097__
       Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**26a.1.**
Name and address: Georgia Estabillo (Virtual Assistant)
Street:
City: Manila    State: Phillipines    ZIP Code:
Dates of service: From 1/20/21 To 6/1/22

**26a.2.**
Name and address: Charlotte Acker
Street:
City: Austin    State: TX    ZIP Code:
Dates of service: From 6/20/20 To ___

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**26b.1.**
Name and address: Phytech Healthcare Solutions
Street: 14850 Quorum Dr. Suite 440
City: Dallas    State: TX    ZIP Code: 75254
Dates of service: From 1/2022 To 5/2022

**26b.2.**
Name and address: Mid Market Management
Street: 8 Cabot Rd Suite 1900
City: Woburn    State: MA    ZIP Code: 01801
Dates of service: From 3/2022 To 6/2022

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

**26c.1.**
Name:
Street:
City:    State:    ZIP Code:
If any books of account and records are unavailable, explain why:

Debtor __Avrio Genetics__   Case number (if known) __23-10097__

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name / Street / City / State / ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

❏ None

26d.1.
Name: **Wells Fargo**
Street: **PO Box 6995**
City: **Portland**   State: **OR**   ZIP Code: **97228**

26d.2.
Name: **Key Bank**
Street: **PO Box 93885**
City: **Cleveland**   State: **OH**   ZIP Code: **44101**

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
❏ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

27.1. Name and address of the person who has possession of inventory records
Name / Street / City / State / ZIP Code

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 12

Debtor __Avrio Genetics__    Case number (if known) __23-10097__
     Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.
Name
Street
City    State    ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Branden Hensinger | 3467 Trexler Blvd Allentown PA | CEO | 50 |
| James Strader | 555 Church St Nashville TN | President | 50 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Branden Hensinger<br>Name<br>3467 Trexler Blvd<br>Street<br>Allentown PA 18104<br>City    State    ZIP Code<br>Relationship to debtor<br>CEO | $391,050.16 | 2022 | Large amounts at the direction of James Strader in order to match funds to send to him |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 13

Debtor __Avrio Genetics__  Case number (if known) __23-10097__

30.2 Name and address of recipient

Name: __James Strader__
Street: __555 Church St__
City: __Nashville__  State: __TN__  ZIP Code: ____

$1,566,954.38    2022    Demanded Funds

Relationship to debtor: __President prior to writing that he no longer works at Avrio__

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/17/2023__
MM / DD / YYYY

X __[signature]__   Printed name __Branden Hensinger__
Signature of individual signing on behalf of the debtor

Position or relationship to debtor __CEO__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 14

**Fill in this information to identify the case and this filing:**

Debtor Name: Avrio Genetics

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number (if known): 23-10097

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- [x] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- [x] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- [x] Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- [x] Schedule H: Codebtors (Official Form 206H)
- [x] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- [x] Amended Schedule ____
- [x] Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- [x] Other document that requires a declaration  Attached Additional Lists

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/17/2023
MM / DD / YYYY

X _____ (Signature of individual signing on behalf of debtor)

Branden Hensinger
Printed name

CEO
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

BRANDON HENSINGER
9193450187
AVRIO GENETICS LLC
3467 TREXLER BLVD
ALLENTOWN PA 18104

**1.0 LBS LTR**     **1 OF 1**

SHIP TO:
CLERK UNITED STATES BANKRUPTCY CRT
PENN STREET, SUITE 103
THE GATEWAY BUILDING 201
EASTERN DISTRICT OF PENNSYLVANIA
**READING  PA  19601**



**PA 196 9-20**

**UPS 2ND DAY AIR**
TRACKING #: 1Z 0B1 YT2 T0 0001 4214

**2 S**



BILLING: P/P
DIRECT DELIVERY ONLY
SIGNATURE REQUIRED

XOL 23.02.02    NV45 8.0A 02/2023*